UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| IRA DON PARTHEMORE, | ) | No. CV 05-05444-AG (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING |
| JEANNE W. WOODFORD, et al., | ) | PLAINTIFF'S COMPLAINT AND THE |
| | ) | ENTIRE ACTION |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed Plaintiff's Complaint, Defendants' Answer, Defendants' Motion for Summary Judgment, Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Defendants' Supplemental Brief in Support of Motion for Summary Judgment and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving

//
//
//
//

Case 2:05-cv-05444-AG-VBK   Document 40   Filed 05/31/08   Page 2 of 2   Page ID #:46

and adopting the Report and Recommendation with the following changes: p.2, line 14: "1991" should be "1998;" p.3, line 2: "Asker" should be "Ashker;" and p. 8, lines 25/26: "Asker" should be "Ashker;" (2) granting Defendants' Motion for Summary Judgment on the grounds of mootness; and (3) dismissing Plaintiff's Complaint and the entire action with prejudice.

DATED: MAY 31, 2008

```
                                    _____
                                    ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE
```