# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRA DON PARTHEMORE, | No. CV 05-05444-AG (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| JEANNE S. WOODFORD, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and the entire action with prejudice.

DATED: MAY 31, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE